Stephen D. Hibbard (SBN 177865)
SHEARMAN & STERLING LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA  94111
Telephone:  (415) 616-1100
Facsimile:  (415) 616-1199
Email:  shibbard@shearman.com

*Attorneys for Defendant*
*ZST Digital Networks, Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ROBERT SCOTT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ZST DIGITAL NETWORKS, INC., et al.,<br><br>Defendants. | 11-CV-03531-GAF-JC<br><br>**NOTICE OF MOTION AND UNOPPOSED MOTION TO APPEAR *PRO HAC VICE***<br><br>Judge:  Hon. Gary Allen Feess<br>Courtroom:  740<br>Hearing Date:  August 6, 2012<br>Hearing Time:  9:30 am |

### NOTICE OF MOTION TO APPEAR PRO HAC VICE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 6, 2012, or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Gary Allen Feess, United States District Judge for the Central District of California, Courtroom 740, 312 N. Spring Street, Los Angeles, CA  90012, Defendant ZST Digital Networks, Inc. ("ZSTN") will move and hereby moves the Court for an order admitting Andrew J.

---

UNOPPOSED MOT TO
APPEAR PRO HAC VICE                            1

Case No. 11-CV-03531-GAF-JC

Rodgers *pro hac vice* for this case pursuant to Central District of California L.R. 83-2.3.1 and L.R. 83-2.3.3.

This motion is based on this Notice of Motion and Motion, all pleadings on file in this action and any other information that may be submitted to or requested by the Court at or before the hearing.

This motion is made following the conference of counsel, which took place on April 20, 2012, in accordance with L.R. 7-3. Counsel for plaintiff does not oppose this motion and has waived the requirement that the conference of counsel take place ten days prior to the filing of this motion.

## MOTION TO APPEAR PRO HAC VICE

Pursuant to L.R. 83-2.3.1 and L.R. 83-2.3.3, Defendant ZSTN hereby submits this unopposed motion for the *pro hac vice* admission of Andrew J. Rodgers. Mr. Rodgers is a New York-based attorney with Shearman & Sterling LLP ("Shearman & Sterling"), ZSTN's counsel of record. ZSTN is submitting this unopposed motion for *pro hac vice* admission to ensure that Mr. Rodgers may submit ZSTN's Motion to Dismiss the Amended Class Action Complaint with the Court on or before April 27, 2012, in accordance with this Court's Order dated March 21, 2012.

ZSTN wishes to designate Stephen Hibbard, a partner at Shearman & Sterling who is a member of the bar of this Court and lead counsel for ZSTN, as local counsel and as "the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served." L.R. 83-2.3. Ordinarily, such a motion would be submitted on the Court's Application of Non-Resident Attorney to Appear in a Specific Case ("Application"). Here, however, ZSTN is unable to state (as the Application would otherwise require) that its local counsel "maintains an office in the Central District of California for the practice of law." ZSTN therefore respectfully requests that this Court exercise its discretion pursuant to L.R. 83-2.3.3 and admit Mr. Rodgers *pro hac vice* even though

the attorney designated by the applicant – Mr. Hibbard – does not maintain an office in the District.

Mr. Hibbard, a San Francisco-based attorney, has represented numerous clients in proceedings within this District and is familiar with the Central District's Local Rules.  Mr. Rodgers is a member in good standing of the bar of the State of New York and is admitted to practice in federal district courts in New York.  (*See* Exhibit A.) Mr. Rodgers represents that he is familiar with and will abide by the Local Rules of the Central District.

To assist the Court, ZSTN has attached to this Motion a revised Application, which is signed under penalty of perjury and admissible for evidentiary purposes, that has the phrase "and maintains an office in the Central District of California for the practice of law" stricken because, as noted, Mr. Hibbard does not maintain such an office.  (*See* Exhibit B.)

## CONCLUSION

For the foregoing reasons, ZSTN respectfully requests that the Court order the admission *pro hac vice* of Andrew J. Rodgers.

Dated:   April 27, 2012            SHEARMAN & STERLING LLP


/s/ Stephen D. Hibbard
Stephen D. Hibbard (SBN 177865)
SHEARMAN & STERLING LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA  94111
Telephone:  (415) 616-1100
Facsimile:  (415) 616-1199
Email:  shibbard@shearman.com

*Attorneys for Defendant*
*ZST Digital Networks, Inc.*