Name and address
MATTHEW CLARK BURES, ESQ. (SBN 143361)
BENJAMIN L. CAPLAN, ESQ. (SBN 265179)
DONGELL LAWRENCE FINNEY LLP
707 WILSHIRE BLVD., 45TH FLOOR
LOS ANGELES, CALIFORNIA 90017

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Robert Scott, Individually and on behalf of others similarly situated

Plaintiff(s)

v.

ZST Digital Networks, Inc., et al.

Defendant(s).

CASE NUMBER

2-11-cv-03531-GAF (JCx)

ORDER ON
REQUEST FOR APPROVAL OF
SUBSTITUTION OF ATTORNEY

The Court hereby orders that the request of:

WestPark Capital, Inc.       [ ] Plaintiff  [x] Defendant  [ ] Other _____
*Name of Party*

to substitute  Megan R. Peitzke, of Cozen O'Connor  who is

[x] Retained Counsel    [ ] Counsel appointed by the Court (Criminal cases only)    [ ] Pro Se

601 S. Figueroa Street
*Street Address*

Los Angeles, California 90017                mpeitzke@cozen.com
*City, State, Zip*                           *E-Mail Address*

(213) 892-7907          (213) 402-3691          230375
*Telephone Number*      *Fax Number*            *State Bar Number*

as attorney of record in place and stead of  Matthew Clark Bures, Esq.
                                             *Present Attorney*

is hereby    [XX] GRANTED    [ ] DENIED

Dated  June 4, 2012

*(signature)*

U. S. Distric

**NOTICE TO COUNSEL:** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.

G-01 ORDER (06/05)       ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY       CCDG01O