Stephen D. Hibbard, Esq. (SBN 177865)
SHEARMAN & STERLING LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
Email: shibbard@shearman.com

*Counsel for ZST Digital Networks, Inc.,
Zhong Bo, Zhong Lin, John Chen,
and Zeng Yun Su*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SCOTT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ZST DIGITAL NETWORKS, INC., et al., <br><br> Defendants. | 11-CV-3531-GAF-JC <br><br> **ORDER TO STAY ALL PROCEEDINGS** |

     IT IS HEREBY ORDERED PURSUANT TO THE STIPULATION, by and between the undersigned counsel for the parties, that all proceedings in the above-captioned action are adjourned pending the submission to the Court of a motion for preliminary approval of the settlement, or as otherwise ordered by the Court, including but not limited to the time for ZSTN, Zhong Bo, Zhong Lin, John Chen, and Zeng Yun Su, and Kempisty to answer the Complaint, and the time for ZSTN and Kempisty to answer the Cross-Claims.

1    The parties are to file a Joint Status Report on or before December 28, 2012,
2    unless the motion for approval has been filed.
3
4    DATE:   November 14 , 2012                    _____
                                                    HON. GARY ALLEN FEESS
5                                                   U.S. DISTRICT JUDGE