LIONEL Z. GLANCY (#134180)
MICHAEL GOLDBERG (#188669)
**GLANCY BINKOW & GOLDBERG LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
E-mail: info@glancylaw.com

*Liaison Counsel for Lead Plaintiff and the Class*

MARVIN L. FRANK (*pro hac vice*)
BENJAMIN D. BIANCO (*pro hac vice*)
GREGORY A. FRANK (*pro hac vice*)
**FRANK & BIANCO LLP**
275 Madison Avenue, Suite 801
New York, New York 10016
Telephone:  (212) 682-1818
Facsimile:   (212) 682-1892
E-Mail: mfrank@frankandbianco.com

*Lead Counsel for Lead Plaintiff and the Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SCOTT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZST DIGITAL NETWORKS, INC., et al.,<br><br>Defendants. | Case No. 11-cv-3531-GAF-JC<br><br>**NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES**<br><br>Date: March 4, 2013<br>Time: 9:30 a.m.<br>Place: Courtroom 740<br>Hon. Gary A. Feess |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on March 4, 2013 at 9:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 740 before the Honorable Gary A. Feess of the United States District Court for the Central District of California, located at 255 East Temple Street, Los Angeles, California 90012, Lead Plaintiff J. Malcolm Gray will, and hereby does, move for an Order:

1. Preliminarily approving the Stipulation and Agreement of Settlement, attached to the Memorandum of Points and Authorities In Support of Unopposed Motion for Entry of Order Preliminarily Approving Settlement and Establishing Notice Procedures as Exhibit 1 ("Stipulation"); and

2. Establishing notice procedures in order to inform members of the Settlement Class of their rights.

This motion is made after conference with counsel pursuant to L.R. 7-3.

Lead Plaintiff's motion is based on this Unopposed Notice of Motion and Unopposed Motion, the attached Memorandum of Points and Authorities, and the attached Stipulation and Agreement of Settlement.

Dated: February 1, 2013              Respectfully submitted,

                                     GLANCY BINKOW & GOLDBERG LLP

                                     By: *s/ Lionel Z. Glancy*
                                     Lionel Z. Glancy
                                     Michael Goldberg
                                     1925 Century Park East, Suite 2100
                                     Los Angeles, CA  90067
                                     Telephone:  (310) 201-9150
                                     Facsimile:  (310) 201-9160

                                     *Liaison Counsel for Lead Plaintiff*

| | |
|---|---|
| 1 | |
| 2 | Marvin L. Frank, Esq. |
| 3 | Benjamin D. Bianco, Esq. |
|   | Gregory A. Frank, Esq. |
| 4 | FRANK & BIANCO LLP |
| 5 | 275 Madison Avenue |
|   | New York, NY  10016 |
| 6 | Telephone:  (212) 682-1818 |
|   | Facsimile:  (212) 682-1892 |
| 7 | |
| 8 | *Counsel for Lead Plaintiff* |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 2100, Los Angeles, California 90067.

On February 1, 2013, I caused to be served the following documents:

**NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES**

**ORDER PRELIMINARILY APPROVING SETTLEMENT AND PROVIDING FOR NOTICE OF PROPOSED SETTLEMENT**

By posting the documents to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the following parties:

**See Attached Service List.**

And on any non-ECF registered party:

**By Mail**: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service that same day.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 1, 2013, at Los Angeles, California.

*s/ Lionel Z. Glancy*
Lionel Z. Glancy

# Mailing Information for a Case 2:11-cv-03531-GAF-JC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jay S Auslander**
  jauslander@wilkauslander.com

- **Benjamin D Bianco**
  bbianco@frankandbianco.com

- **Matthew Clark Bures**
  mbures@dlflawyers.com,sdouglas@dlflawyers.com

- **Julie Cilia**
  jcilia@wilkauslander.com,filing@wilkauslander.com

- **Christopher R Fenton**
  christopher.fenton@shearman.com

- **Gregory A Frank**
  gfrank@frankandbianco.com

- **Marvin L Frank**
  mfrank@frankandbianco.com

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **Michael M Goldberg**
  mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,info@glancylaw.com

- **Robert W Hayes**
  rhayes@cozen.com

- **Stephen D Hibbard**
  shibbard@shearman.com,andrew.rodgers@shearman.com,rcheatham@shearman.com

- **James C McMillin**
  James.McMillin@mcafeetaft.com,dianna.peters@mcafeetaft.com

- **Elizabeth Graham Minerd**
  eminerd@reedsmith.com,sandragarcia@reedsmith.com

- **Megan Rae Peitzke**
  mpeitzke@cozen.com,llund@cozen.com

- **Andrew J Rodgers**
  andrew.rodgers@shearman.com

- **Laurence M Rosen**
  lrosen@rosenlegal.com

- **Natalie Shkolnik**
  nshkolnik@wilkauslander.com

- **John D Stiner**
  John.Stiner@mcafeetaft.com

- **Edward G Timlin**
  edward.timlin@shearman.com

- **Shiyong Ye**
  sye@murrayfrank.com

- **Joseph Zelmanovitz**
  jzelmanovitz@wilkauslander.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)