GLANCY BINKOW & GOLDBERG LLP
Lionel Z. Glancy (SBN 134180)
Michael Goldberg (SBN 188669)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
E-mail: info@glancylaw.com

FRANK & BIANCO LLP
Marvin L. Frank (*pro hac vice*)
Benjamin D. Bianco (*pro hac vice*)
Gregory A. Frank (*pro hac vice*)
275 Madison Avenue, Suite 801
New York, New York 10016
Telephone: (212) 682-1818
Facsimile: (212) 682-1892
Email: info@frankandbianco.com

*Counsel for Lead Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SCOTT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZST DIGITAL NETWORKS, INC., et al.,<br><br>Defendants. | Case No. 11-CV-03531-GAF (JCx)<br><br>**LEAD PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**<br><br>Judge: HON. GARY A. FEESS<br><br>Date: August 1, 2013<br>Time: 9:30 a.m.<br>Place: Courtroom 740 |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on August 1, 2013, at 9:30 a.m., in the Courtroom of the Honorable Gary A. Feess, Judge of the United States District Court for the Central District of California, located at 255 E. Temple St., Courtroom 740, Los Angeles, CA 90012, Lead Plaintiff J. Malcolm Gray ("Lead Plaintiff"), individually and on behalf of all other members of the Settlement Class (collectively, "Plaintiffs"), will bring his Unopposed Motion for an Award of Attorneys' Fees and Reimbursement of Expenses for hearing before the Court.

Lead Plaintiff's Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Benjamin D. Bianco (and all exhibits thereto), all the papers and pleadings on file in this action, and upon such other and further argument and evidence as may be introduced at the time of the hearing.

Dated: June 28, 2013                    Respectfully submitted,

                                                   GLANCY BINKOW & GOLDBERG LLP

                                                   By: *s/ Lionel Z. Glancy*
Lionel Z. Glancy
Michael Goldberg
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: Info@glancylaw.com

*Liaison Counsel for Lead Plaintiff*

LEAD PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

1

Marvin L. Frank *(pro hac vice)*
Benjamin D. Bianco *(pro hac vice)*
Gregory A. Frank *(pro hac vice)*
FRANK & BIANCO LLP
275 Madison Avenue
New York, NY 10016
Telephone: (212) 682-1818
Facsimile: (212) 682-1892
Email: info@frankandbianco.com

*Counsel for Lead Plaintiff*

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 2100, Los Angeles, California 90067.

On June 28, 2013, I caused to be served the following documents:

**1. LEAD PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF THE PROPOSED SETTLEMENT, CLASS CERTIFICATION, AND THE PLAN OF ALLOCATION**

**2. LEAD PLAINTIFF'S MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR FINAL APPROVAL OF THE PROPOSED SETTLEMENT, CLASS CERTIFICATION, AND THE PLAN OF ALLOCATION**

**3. DECLARATION OF BENJAMIN D. BIANCO IN SUPPORT OF LEAD PLAINTIFF'S MOTIONS FOR FINAL APPROVAL OF THE SETTLEMENT, CLASS CERTIFICATION, AND THE PLAN OF ALLOCATION**

**4. LEAD PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

**5. LEAD PLAINTIFF'S MEMORANDUM IN SUPPORT OF LEAD PLAINTIFF'S UNOPPOSED MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

By posting the document to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the attached Court's ECF Service List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 28, 2013, at Los Angeles, California.

*s/ Lionel Z. Glancy*
Lionel Z. Glancy

# Mailing Information for a Case 2:11-cv-03531-GAF-JC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jay S Auslander**
  jauslander@wilkauslander.com

- **Benjamin D Bianco**
  bbianco@frankandbianco.com

- **Matthew Clark Bures**
  mbures@dlflawyers.com,sdouglas@dlflawyers.com

- **Julie Cilia**
  jcilia@wilkauslander.com,filing@wilkauslander.com

- **Christopher R Fenton**
  christopher.fenton@shearman.com

- **Gregory A Frank**
  gfrank@frankandbianco.com

- **Marvin L Frank**
  mfrank@frankandbianco.com

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **Michael M Goldberg**
  mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,info@glancylaw.com

- **Robert W Hayes**
  rhayes@cozen.com

- **Stephen D Hibbard**
  shibbard@shearman.com,andrew.rodgers@shearman.com,rcheatham@shearman.com

- **James C McMillin**
  James.McMillin@mcafeetaft.com,dianna.peters@mcafeetaft.com

- **Elizabeth Graham Minerd**
  eminerd@reedsmith.com,sandragarcia@reedsmith.com

- **Megan Rae Peitzke**
  mpeitzke@cozen.com

- **Andrew J Rodgers**
  andrew.rodgers@shearman.com

- **Laurence M Rosen**
  lrosen@rosenlegal.com

- **Natalie Shkolnik**
  nshkolnik@wilkauslander.com

- **John D Stiner**
  John.Stiner@mcafeetaft.com

- **Edward G Timlin**
  edward.timlin@shearman.com

- **Shiyong Ye**
  sye@murrayfrank.com

- **Joseph Zelmanovitz**
  jzelmanovitz@wilkauslander.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`