Name and address:

Megan R. Peitzke, State Bar No. 230375
COZEN O'CONNOR
601 South Figueroa Street
Suite 3700
Los Angeles, CA 90017
213.892.7900

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ROBERT SCOTT | | CASE NUMBER |
| --- | --- | --- |
| | | CV 11-3531 GAF (JCx) |
| v. | Plaintiff(s) | |
| ZST DIGITAL NETWORKS, INC., et al. | | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| | Defendant(s). | |

The Court hereby orders that the request of:

Richard Rappaport     [ ] Plaintiff    [X] Defendant    [ ] Other _____
*Name of Party*

to substitute Julie E. Kamps _____ who is

[X] Retained Counsel    [ ] Counsel appointed by the Court (Criminal cases only)    [ ] Pro Se

1900 Avenue of the Stars, Suite 310
*Street Address*

Los Angeles, CA 90067            jkamps@cwpcfs.com
*City, State, Zip*                       *E-Mail Address*

310.203.2942         310.843.9389         282536
*Telephone Number*     *Fax Number*        *State Bar Number*

as attorney of record instead of Megan Peitzke and Robert Hayes
*Present Attorney*

is hereby    [X] GRANTED    [ ] DENIED

Dated July 6, 2013

*J. S. District Judge* / XXXXXXXXXXXXX *Magistrate Judge*

NOTICE TO COUNSEL: IF YOU CURRENTLY RECEIVE ELECTRONIC SERVICE AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.