Name and address:
Megan R. Peitzke, State Bar No. 230375
COZEN O'CONNOR
601 South Figueroa Street
Suite 3700
Los Angeles, CA 90017
213.892.7900

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ROBERT SCOTT | CASE NUMBER |
|---|---|
| | CV 11-3531 GAF (JCx) |
| v.      Plaintiff(s) | |
| ZST DIGITAL NETWORKS, INC., et al. | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

The Court hereby orders that the request of:

WestPark Capital, Inc.              [ ] Plaintiff   [X] Defendant   [ ] Other _____
_Name of Party_

to substitute Julie E. Kamps _____ who is

[X] Retained Counsel   [ ] Counsel appointed by the Court (Criminal cases only)   [ ] Pro Se

1900 Avenue of the Stars, Suite 310
_Street Address_

Los Angeles, CA 90067                           jkamps@wpcfs.com
_City, State, Zip_                               _E-Mail Address_

310.203.2942          310.843.9389                 282536
_Telephone Number_     _Fax Number_                _State Bar Number_

as attorney of record instead of Megan Peitzke and Robert W. Hayes
_Present Attorney_

is hereby   [X] GRANTED   [ ] DENIED

Dated July 6, 2013

_/s/ Gary Feess_
U.S. District Judge / ~~Magistrate Judge~~

NOTICE TO COUNSEL: IF YOU CURRENTLY RECEIVE ELECTRONIC SERVICE AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.