| Name and address: | |
|---|---|
| Megan R. Peitzke, State Bar No. 230375<br>COZEN O'CONNOR<br>601 South Figueroa Street<br>Suite 3700<br>Los Angeles, CA 90017<br>213.892.7900 | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| ROBERT SCOTT | CASE NUMBER |
|---|---|
| | CV 11-3531 GAF (JCx) |
| v.                    Plaintiff(s) | |
| ZST DIGITAL NETWORKS, INC., et al. | ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

The Court hereby orders that the request of:

Jason Stern    [ ] Plaintiff   [X] Defendant   [ ] Other _____
*Name of Party*

to substitute Julie E. Kamps _____ who is

[X] Retained Counsel   [ ] Counsel appointed by the Court (Criminal cases only)   [ ] Pro Se

1900 Avenue of the Stars, Suite 310
*Street Address*

Los Angeles, CA 90067                                jkamps@wpcfs.com
*City, State, Zip*                                    *E-Mail Address*

310.203.2942              310.843.9389              282536
*Telephone Number*         *Fax Number*              *State Bar Number*

as attorney of record instead of Megan Peitzke and Robert W. Hayes
*Present Attorney*

is hereby   [X] GRANTED   [ ] DENIED

Dated  July 6, 2013                        _____
                                            U.S. District Judge/XXXXXXXXXX

NOTICE TO COUNSEL: IF YOU CURRENTLY RECEIVE ELECTRONIC SERVICE AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.