Name and address:

Megan R. Peitzke, State Bar No. 230375
COZEN O'CONNOR
601 South Figueroa Street
Suite 3700
Los Angeles, CA  90017
213.892.7900

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ROBERT SCOTT | CASE NUMBER |
|---|---|
|  | CV 11-3531 GAF (JCx) |
| v.                     Plaintiff(s) |  |
| ZST DIGITAL NETWORKS, INC., et al. | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
|                         Defendant(s). |  |

The Court hereby orders that the request of:

__Anthony Pintsopoulos__    ☐ Plaintiff   [X] Defendant   ☐ Other _____
*Name of Party*

to substitute __Julie E. Kamps_____ who is

[X]   Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

__1900 Avenue of the Stars, Suite 310__
*Street Address*

__Los Angeles, CA  90017__              __jkamps@wpcfs.com__
*City, State, Zip*                      *E-Mail Address*

__310.203.2942__         __310.843.9389__         __282536__
*Telephone Number*       *Fax Number*             *State Bar Number*

as attorney of record instead of _____
                                    *Present Attorney*

is hereby   [X] GRANTED    ☐ DENIED

Dated __July 6, 2013__

U. S. District Judge/~~Magistrate Judge~~

**NOTICE TO COUNSEL**: IF YOU CURRENTLY RECEIVE ELECTRONIC SERVICE AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.